In the Matter of BRIAN N., Alleged to be a Person in Need of Supervision, Appellant. [18 NYS3d 875]—Appeal from an order of the Family Court, Nassau County (Ellen R. Greenberg, J.), dated July 17, 2014. The order granted a petition to extend the appellant's placement with the Commissioner of the Nassau County Department of Social Services until July 17, 2015.

Ordered that the appeal is dismissed, without costs or disbursements.

The appellant's sole argument on appeal is that, in light of his "significant progress" and "rehabilitat[ion]," the Family Court improperly granted the petition to extend his placement with the Commissioner of the Nassau County Department of Social Services until July 17, 2015 (*see* Family Ct Act §§ 756-a [c], [d]; 745). However, because that term of that placement has already expired, the appeal must be dismissed as academic (*see e.g. Matter of Haley M.T.*, 96 AD3d 1549 [2012]; *Matter of*

*Donovan NN.*, 79 AD3d 1316 [2010]; *Matter of Brett W.*, 62 AD3d 1050 [2009]; *Matter of Shayna Y.*, 54 AD3d 1051 [2008]; *Matter of Amalek C.*, 50 AD3d 1031, 1032 [2008]; *Matter of Joseph R.*, 49 AD3d 651 [2008]; *Matter of Angelina S.*, 304 AD2d 833 [2003]). Mastro, J.P., Austin, Maltese and Barros, JJ., concur.